```
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
     ATLANTA DIVISION
```

| | |
|---|---|
| ENCRE DALONE STYLES, | CRIMINAL ACTION 1:10-CR-347-CAP-AJB-02 |
| Movant, | CIVIL ACTION |
| v. | NO. 1:12-CV-1839-CAP |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

**O R D E R**

This action is before the court on the report and recommendation of the magistrate judge [Doc. No. 15]. There are no objections to the R&R. Finding no error, the court receives the R&R with approval and ADOPTS it as the opinion and order of this court.

SO ORDERED, this 25th day of June, 2012.

/s/ Charles A. Pannell, Jr.
CHARLES A. PANNELL, JR.
United States District Judge